**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-710**

In Re: ROBERT GLENN ROBERTSON, a/k/a K.O.,

Petitioner.

On Petition for Writ of Mandamus. (CR-93-44)

Submitted: October 14, 1997    Decided: November 25, 1997

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Robert Glenn Robertson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Glenn Robertson filed this mandamus petition seeking an order from this court compelling the district court to act on his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion. Because there has been significant action in his case in the district court as recently as September 10, 1997, we conclude that Robertson's petition is moot. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>